*Ingersoll* and *Dallas*, for the plaintiff in error. *E. Tilghman*, for the defendant in error.

---

BLAIR *et al.*, Plaintiffs in error, *v.* MILLER *et al.*

### *Practice.*

A writ of error, not returned at the term to which it is returnable, is a nullity.

WRIT of error from the Circuit Court of Virginia. The judgment was rendered in the circuit court, on the 28th of May 1799, and a writ of error issued, returnable to August term 1799 ; but the record was not transmitted, nor the writ returned into the office of the clerk of the supreme court, until the 4th of February 1800. *Swift* objected to the acceptance and return of the record and writ : And—

BY THE COURT.—The writ has become a nullity, because it was not returned at the proper term. It cannot, of course, be a legal instrument, to bring the record of the circuit court before us for revision.(*a*)

---

*RUTHERFORD *et al.*, Plaintiffs in error, *v.* FISHER *et al.*    [*22

### *Error.*

A writ of error will only lie, in the case of a final judgment.

ERROR from the Circuit Court of New Jersey, sitting in equity. It appeared, that the defendants in the circuit court had pleaded the statute of limitations to the bill of the complainants ; and that the plea was overruled, and the defendants ordered to answer the bill. On this decree, the present writ of error was sued out, and *Stockton* (of New Jersey) moved to quash the writ, because it was not a final decree, upon which alone a writ of error would lie. (1 U. S. Stat. 84, § 22.) *E. Tilghman*, for the plaintiff in error, acknowledged the force of the words, " final judgment," in the act of congress ; and submitted the case, without argument.

CHASE, Justice.—In England, a writ of error may be brought upon an interlocutory decree or order ; and until a decision is obtained upon the writ, the proceedings of the court below are stayed. But here, the words of the act, which allow a writ of error, allow it only in the case of a final judgment.

BY THE COURT.—The writ must be quashed, with costs.

---

(*a*) See Course *v.* Stead, *post*, p. 22.